# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00109-CV

**George Alejos, Appellant**

**v.**

**The State of Texas and VIA Metropolitan Transit Advanced Transportation District, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-004230, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## SUPPLEMENTAL OPINION IN JUDGMENT APPEAL

On this date, we have overruled Alejos's motion for rehearing concerning our disposition of his First Bond Appeal (Cause No. 03-14-00139-CV), affirmed the district court's Second Order Setting Bond in Cause No. 03-14-00237-CV (the Second Bond Appeal),[1] and ordered that no motions for rehearing may be filed in the Second Bond Appeal.[2] Consequently, because Alejos has not complied with the Second Order Setting Bond within ten days after the date of that order, we render judgment dismissing his Judgment Appeal for want of subject-matter jurisdiction.[3]

---

[1] *Alejos v. State of Tex. & VIA Metro. Transit Advanced Transp. Dist.*, No. 03-14-00237-CV, slip op. at 2 (Tex. App.—Austin May 15, 2014, no pet. h.) (mem. op.), *available at* http://www.3rdcoa.courts.state.tx.us.

[2] *Id*. at 3.

[3] *See Alejos v. State of Tex. & VIA Metro. Transit Advanced Transp. Dist.*, — S.W.3d —, Nos. 03-14-00109-CV & 03-14-00139-CV, 2014 WL 1349018, at *9 (Tex. App.—Austin Apr. 2, 2014, no pet. h.) (citing Tex. Gov't Code § 1205.105(c); *Buckholts Indep. Sch. Dist. v. Glaser*,

Further, in light of the expedited nature of this proceeding, and because the parties' briefing has already exhaustively addressed the dispositive issues, we order that no motions for rehearing may be filed in this cause.[4]

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed:   May 15, 2014

---

632 S.W.2d 146, 150-51 (Tex. 1982); *Hotze v. City of Houston*, 339 S.W.3d 809, 816, 820 (Tex. App.—Austin 2011, no pet.)).

[4] *See* Tex. R. App. P. 49.4.